IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DISCLOSURE OF PRESENTENCE INVESTIGATION REPORTS | ) ) ) ) ) **ADMINISTRATIVE ORDER 2025-16** Misc. No. 2:24-mc-10001 |

## ORDER

WHEREAS this Court entered an order on March 9, 2010, entitled <u>In Re: Electronic Disclosure of Presentence Investigation Reports</u> (the "March 9, 2010 Order"), which provided for the electronic disclosure of all Preliminary and Final Presentence Investigation Reports via the Court's CM/ECF system, further stating that "service of the Presentence Report upon applicable parties will be considered complete upon filing" of the Report through the Court's CM/ECF system; and

WHEREAS the Court's CM/ECF system is no longer available to discharge the Probation Office's disclosure and service duties as set forth in Federal Rule of Criminal Procedure 32 and Local Criminal Rule 32, and applicable guidelines and procedures.

AND NOW, THEREFORE, IT IS HEREBY ORDERED that the March 9, 2010 Order is vacated, retroactively to September 19, 2025; and

IT IS FURTHER ORDERED that the Probation Office shall use other appropriate means to disclose its Draft and Final Presentence Investigation Reports and Addenda thereto to the presiding judge and the attorneys of record, as the case may be, and to create a docket record of each such disclosure.

FOR THE COURT:

Date: September 23, 2025

/s/ *Mark R. Hornak*
Mark R. Hornak
Chief United States District Judge