IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF COLLATERAL FORFEITURES FOR VIOLATIONS OF RULES AND REGULATIONS GOVERNING DEPARTMENT OF THE ARMY CORPS OF ENGINEERS RECREATION AND FLOOD CONTROL PROJECTS (36 C.F.R. 327) | ADMINISTRATIVE ORDER #25-21<br><br>Miscellaneous No. 2:24-mc-10001 |

ORDER

AND NOW, this 8th day of December 2025, upon consideration of the proposed scheduled of collateral forfeitures (payment of a fixed sum in lieu of personal appearance) in connection with offenses within the jurisdiction of the Army Corps of Engineers, it is hereby ORDERED that, effective this date, the April 9, 2016, Order filed at Misc. No. 16-371 is SUPERSEDED by the instant order.

IT IS FURTHER ORDERED that the schedule attached hereto as Exhibit A is approved and ordered to be filed with the Clerk of Court for use by the Corps of Engineers within the Western District of Pennsylvania hereafter until modified or rescinded by further Order of Court.

                                                        */s/ Cathy Bissoon*
                                                    HONORABLE CATHY BISSOON
                                                    Chief United States District Judge

# EXHIBIT A

## SCHEDULE OF COLATERAL FORFEITURE

## DEPARTMENT OF THE ARMY, CORPS OF ENGINEERS

| Section No. | Offense or C.F.R Catchline | Collateral |
|---|---|---|
| Policy – Discrimination | | |
| 327.1(a) | Violation of Corps policy of providing the public with safe and healthful recreational opportunities while protecting and enhancing the resources. | $150 |
| 321.1(d) | Discrimination as to sex, race, creed, color or national origin | $200 |
| Vehicles | | |
| 327.2(b) | Parking vehicle in violation of posted restrictions or in such a manner as to endanger any project property or environmental feature. | $75 |
| 321.2(c) | Operating a vehicle off roadways except at locations and times designated by the District Commander | $100 |
| 327.2(d) | Operating a vehicle in violation of posted regulations. | $100 |
| 327.2(e) | Operating a vehicle in a careless, negligent or reckless manner. | $200 |
| 327.2(f) | Using a vehicle at designated recreation areas for other than ingress and egress. | $100 |
| 327.2(g) | Operating a motorized vehicle without a proper and effective exhaust muffler. | $75 |
| Vessels | | |
| 327.3(b) | Placing and/or operating a vessel or watercraft on project waters for a fee or profit without authorization. | $200 |
| 327.3(c) | Operating a vessel or watercraft in a prohibited or restricted area. | $150 |
| 327.3(d) | Operating a vessel or watercraft in a careless, negligent, or reckless manner so as to endanger any person or property. | $200 |
| 327.3(e) | Using a vessel without having on board safety equipment in compliance with State and U.S. Coast Guard boating safety requirements. | $150 |
| 327.3(f) | Using a vessel or watercraft as a place of habitation or residence or using same while moored in commercial facilities, community or corporate docks or at any fixed or permanent mooring point for overnight occupancy except when such use is incidental to recreational boating. | $150 |
| 327.3(g) | Using water skis or similar device in a restricted area or in a careless, negligent, or reckless manner so as to endanger any person or property. | $200 |
| 327.3(h) | Failure to remove vessel, when not in actual use, from the project unless securely moored at approved mooring facilities; or placing of floating or stationary mooring facilities to, or interfering with, a buoy, channel marker, or other navigational aid. | $200 |
| 327.3(i) | Using at a project a vessel not constructed or maintained in compliance with the standards and requirements established by the Federal Safe Boating Act. | $150 |

| Section No. | Offense or C.F.R. Catchline | Collateral |
|---|---|---|
| Vessels | | |
| 327.3(j) | Operating a vessel or watercraft without a proper and effective exhaust muffler. | $75 |
| Aircraft | | |
| 327.4(b) | Operating aircraft on project lands at locations other than those designated by the District Commander. | $250 |
| 327.4(c) | Operating any aircraft while on or above project waters or project lands in a careless, negligent or reckless manner so as to endanger any person or property. | $250 |
| 327.4(e) | Air delivery of a person or thing by parachute, helicopter or other means onto project lands or waters without written permission except in extreme emergency involving safety of human life or threat of serious property loss | $250 |
| 327.4(f) | 2. Operating seaplane contrary to the prohibitions or restrictions established by the District Commander.<br>3. Operating seaplane while upon project waters in violation of marine rules of the road for powerboats and vessels.<br>4. Having seaplane on project waters or lands in excess of 24 hours without having same securely moored at approved mooring facilities or locations.<br>5. Commercial operation of seaplanes from project waters without written approval.<br>6. Operating any seaplane while on or above project between sunset and sunrise without adequate lighting and supervision approved by the District Commander. | $250<br><br>$250<br><br>$250<br><br><br>$250<br><br>$250 |
| Swimming | | |
| 327.5(a) | Swimming, diving, snorkeling, or scuba diving at a launching site or in areas where prohibited. | $75 |
| 327.5(b) | Performing underwater activities without displaying the international diving flag. | $75 |
| 327.5(c) | Diving, jumping, or swinging from trees, bridges or other structures, which cross or are adjacent to project waters is prohibited. | $150 |
| Picnicking | | |
| 327.6 | Picnicking in areas where prohibited. | $50 |
| Camping | | |
| 327.7(a) | Camping at locations other than designated sites and/or areas. | $100 |
| 327.7(b) | Camping at one or more campsites at any one water resource project for a period longer than 14 days during a for a period longer than 14 days during a 30-consecutive-day period without written permission of the District Commander. | $100 |
| 327.7(c) | Placing camping equipment or other items on a campsite and/or intermittent personal appearance at a campsite without daily occupancy for the purpose of reserving a designated campsite for future occupancy. | $100 |
| 327.7(d) | Digging or leveling of any ground or the construction of any structure without written permission of the District Commander. | $125 |

| Section No. | Offense or C.F.R. Catchline | Collateral |
|---|---|---|
| 327.7(e) | Occupying or placement of any camping equipment at a campsite which is posted or otherwise marked or indicated as "reserved" without an authorized reservation for that site. | $125 |
| | Hunting, Fishing, and Trapping | |
| 327.8(a) | Hunting in restricted area. | $200 |
| 327.8(b) | Trapping in a restricted area. | $150 |
| 327.8(c) | Fishing in a restricted area. | $125 |
| | Sanitation | |
| 327.9(a) | Dumping or improper disposal in any manner of garbage, trash, rubbish, litter, gray water, or any other waste material, including human and animal wastes or waste liquid generated on the project and incidental to authorized recreation activity except at locations and in receptacles provided for such purpose. | Minor-$200 Major-$500 |
| 327.9(b) | Bringing onto a project any household or commercial garbage, trash, rubbish, debris, dead animals or litter of any kind for the purpose of disposal without written permission. The owner of any garbage, trash, rubbish, debris, dead animals or litter of any kind shall be presumed to be responsible for proper disposal. | Minor-$200 Major-$500 |
| 327.9(c) | Spilling, pumping, discharge or disposal of contaminants, pollutants, or other wastes on project lands or into project waters. | Minor-$200 Major-$500 |
| 327.9(d) | Failing to keep campsite, picnic site or other recreational site free of trash and litter during period of occupancy while using a water resource development project; or failing to remove all personal equipment and clean site upon departure. | Minor-$200 Major-$500 |
| 327.9(e) | Discharging or placing of sewage, galley waste, garbage, refuse or pollutants into project waters from any vessel or watercraft. | Minor-$200 Major-$500 |
| | Fires | |
| 327.10(a) | Carrying onto or storing on a project gasoline or other fuels without written permission except that contained in storage tanks of vehicles, vessels, camping equipment or hand portable containers. | $150 |
| 327.10(b) | Failing to confine fires to those areas designated and in fireplaces, grills or other facilities designed for this purpose; or leaving unattended any fire without completely extinguishing it prior to departure; or burning materials that produce toxic fumes including, but not limited to tires plastic or treated wood. | $150 |
| 327.10(c) | Disposing lighted smoking materials, matches or other burning material improperly. | $150 |

| Section No. | Offense or C.F.R. Catchline | Collateral |
|---|---|---|
| Control of Animals | | |
| 327.11(a) | Bringing or allowing dogs, cats or other pets into swimming beach areas or into developed recreation areas unless penned, caged or on a leash no longer than 6 feet in length or otherwise under physical restraint at all times; or allowing animals to impede or restrict otherwise full and free use of project lands and waters by the public; or bringing or allowing pets or animals, except properly trained animals assisting the handicapped, in sanitary facilities or other areas so designated by the District Commander. | $150 |
| 327.11(b) | Failing, by those who bring or allow pets in designated public use areas, to properly remove and dispose of animal waste produced by these animals. | $200 |
| 327.11(c) | Bringing or allowing horses, cattle or other livestock in camping, picnic, swimming, or other recreation areas including trails. | $150 |
| 327.11(d) | Ranging, grazing, watering, or allowing livestock on project lands and waters except where authorized. | $150 |
| 327.11(g) | Wild or exotic pets and animals (including but not limited to cougars, lions, bears, bobcats, wolves, and snakes), or any pets or animals displaying vicious or aggressive behavior or otherwise posing a threat to public safety or deemed a public nuisance, are prohibited from project lands and waters. | $250 |
| | Restrictions | |
| 327.12(a) | Failing to observe posted signs as to closed areas, visiting hours or other restrictions. | $125 |
| 327.12(b) | Failing to maintain quiet between the hours of 10:00 p.m. and 6:00 a.m. or those hours designated by the District Commander. | $125 |
| 327.12(c) | Disrupting, interfering with or impeding the use of the project or impairing the safety of another person; or failure to leave the project when requested for being boisterous, rowdy, disorderly, or otherwise disturbing the peace. | $150 |
| 327.12(d) | Operating or using sound producing or motorized equipment, including but not limited to generators, vessels or vehicles, in such a manner as to unreasonably annoy or endanger persons at any time or exceed state or local laws governing noise levels from motorized equipment. | $125 |
| 327.12(e) | The possession and/or consumption of alcoholic beverages on any portion of the project are prohibited. | $125 |
| 327.12(f) | Smoking is prohibited in Visitor Centers, enclosed park buildings and in areas posted to restrict smoking. | $125 |
| | Explosives, Firearms, Other Weapons and Firearms | |
| 327.13(a) | Possessing loaded firearms, ammunition, loaded projectile firing devices, bows and arrows, cross bows or other weapons of any kind unless authorized or permitted. | $250 |
| 327.13(b) | Possession of explosives or explosive devices of any kind, including fireworks or other pyrotechnics, is prohibited unless written permission has been received from the District Commander. | $200 |

4

| Section No. | Offense or C.F.R. Catchline | Collateral |
|---|---|---|
| Public Property | | |
| 327.14(b) | Cutting or gathering of trees or parts of trees and/or the removal of wood without written permission except dead materials on the ground for use in designated recreation areas as firewood. | $200 |
| 327.14(d) | Use of metal detectors on project lands other than those designated such as beaches or other previously disturbed areas for reasons of protection of archaeological, historical, or paleontological resources. | $150 |
| Abandonment of Personal Property | | |
| 327.15(a) | Abandoning, storing, or leaving personal property unattended for a period of 24 hours upon project land and waters; or leaving same after a posted closure hour in a public area. | $100 |
| 327.15(b) | Placing personal property on Federal lands or waters adjacent to private residence, facility and/or developments of any private nature for more than 24 hours without permission of the District Commander. | $100 |
| Advertisement | | |
| 327.17 | Advertising by use of billboards, signs, markers, audio devices, handbills, circulars, posters, or any other means without permission. | $100 |
| Commercial Activities | | |
| 327.18(a) | Engaging in or solicitation of business without the express written consent of the District Commander. | $200 |
| 327.18(b) | Refuse to or fail to comply with any terms, clauses or conditions of any lease, license or agreement issued by the District Commander. | $200 |
| Permits | | |
| 327.19(a) | Failing or refusing to comply with the fee requirements or other terms or conditions of any permit issued by the District Commander. | $100 |
| Unauthorized Structures | | |
| 327.20 | Constructing, placing or existence of any structure of any kind under, upon, in, or over project lands or waters without authorization; or violating any of the terms of same authorization is prohibited. Portable hunting stands, climbing devices, steps, or blinds are permitted when they are not nailed or screwed into trees and removed at the end of each day's hunt. | $150 |
| Special Events | | |
| 327.21(a) | Conducting any special event including, but not: limited to, water carnivals, boat regattas, fishing tournaments, music festivals, dramatic presentations or other special recreation programs are prohibited without permission by the District Commander. | $200 |
| 327.21(b) | Charging any fee to the public by the sponsor of any special event without the proposed fee schedule having been approved in writing by the District Commander and properly posted. | $200 |
| Unauthorized Occupation | | |
| 327.22(a) | Occupying any lands, buildings, vessels or other facilities within water resource development projects as full- or part time residence without written authorization by the District Commander. | $200 |
| 327.22(b) | Using project lands or waters for agricultural purposes without authorization by lease, license, or other written agreement. | $200 |
| Special Recreation Use Fees | | |
| 327.23(b) | Failure to pay authorized recreation use fees as established is prohibited. | $70 |

5

| Section No. | Offense or C.F.R. Catchline | Collateral |
|---|---|---|
| Special Recreation Use Fees | | |
| 327.23(c) | Failure to pay authorized day use fees, and/or properly display applicable receipt, permit or pass is prohibited. | $70 |
| 327.23(d) | Fraudulent use of a Golden Age or Golden Access Pass is prohibited. | $70 |
| Mandatory Appearance Violations | | |
| *Persons charges with any of the below listed petty offenses must appear before a United States Magistrate Judge* | | |
| 327.14(a) | Destruction, injury, defacement, removal, or any alteration of public property including, but not limited to, developed facilities, natural formations, mineral deposits, historical and archaeological features, paleontological resources, boundary monumentation or markers and vegetative growth, is prohibited except when in accordance with written permission of the District Commander. | Mandatory |
| 327.24(a) | To forcibly assault, resist, oppose, impede, intimidate, or interfere with, attempt to kill or kill any civilian official or employee of the U.S. Army Corps of Engineers engaged in the performance of his or her official duties, or on account of the performance of his or her official duties. | Mandatory |
| 327.24(b) | Failing to comply with a lawful order issued by a Federal employee acting pursuant to these regulations in the performance of their official duties shall be considered as interference with that employee while engaged in the performance of their official duties. Such interference with a Federal employee includes failure to provide a correct name, address or other information deemed necessary for identification upon request of the Federal employee, when that employee is authorized by the District Commander to issue citations in the performance of the employee's official duties. | Mandatory |